UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE R. VAZQUEZ,

JUDGMENT
06-CV- 0402 (ARR)

Plaintiff,

-against-

JO ANNE B. BARNHART, Commissioner of
Social Security,

Defendant.
-------------------------------------------------------------------X

An Order of Honorable Allyne R. Ross, United States District Judge, having been
filed on July 17, 2006, finding that it lacks subject matter jurisdiction over the action; and
granting defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1); it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the
Court finds that it lacks subject matter over the action; and that defendant's motion to dismiss
is granted.

Dated:  Brooklyn, New York
        July 17, 2006

ROBERT C. HEINEMANN
Clerk of Court